# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4345
_____

JAMES D. GROCE,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
ALLEGIANCE STAFFING,

Appellees.

_____

On appeal from the Reemployment Assistance Appeals Commission.

February 9, 2018

PER CURIAM.

Upon consideration of Appellee's concession of error, we reverse the order on appeal and remand for further proceedings.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James D. Groce, pro se, Appellant.

Norman A. Blessing, General Counsel, and Amanda L. Neff, Deputy General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellees.